UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:16-cv-137-DLB-EBA

KING ELIKIM NAJASHI SHABAZZ-EL-BEY,                              PLAINTIFF,

v.                    **MAGISTRATE JUDGE'S
                    REPORT AND RECOMMENDATION**

JANE DOE, et al.,                                                DEFENDANTS.

*** *** *** ***

On July 15, 2016, Plaintiff filed a 42 U.S.C. § 1983 complaint against four Campbell County Municipal Corporation employees in their individual capacities, based upon their alleged presentation of evidence to a grand jury regarding Plaintiff's failure to make support payments, in order to obtain a felony arrest warrant and secure a Title IV-D support order against him to collect the debt. See generally [R. 1]. On October 25, 2016, this Court issued an Order, [R. 14], directing the Plaintiff to show good cause why his complaint should not be dismissed for failure to serve the Defendants with a copy of the summons and complaint in this action within 90 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m). As of December 8, 2016, the date of this Order, Plaintiff has not shown good cause or filed any response to the Court's previous Order. Therefore, having considered the matter fully, and being otherwise sufficiently advised,

IT IS HEREBY RECOMMENDED that the Plaintiff's action be DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m), that the Clerk of Court be DIRECTED to close this case, and that the case be STRICKEN FROM THE RECORD.

As a final point of importance to the parties, specific objections to this Report and Recommendation must be filed within fourteen (14) days from the date of service thereof or further appeal is waived. United States v. Campbell, 261 F.3d 628, 632 (6th Cir. 2001);

1

Bituminous Cas. Corp. v. Combs Contracting, Inc., 236 F. Supp. 2d 737, 749–50 (E.D. Ky. 2002). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. Cowherd v. Million, 380 F.3d 909, 912 (6th Cir. 2004). Failure to make a timely objection consistent with the statute and rule may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals. See Thomas v. Arn, 474 U.S. 140, 155 (1985). A party may file a response to another party's objections within fourteen (14) days after being served with a copy thereof. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

    Signed December 12, 2016.

Signed By:
*Edward B. Atkins* /s/ EBA
United States Magistrate Judge