UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 16-137-DLB-EBA

KING ELIKIM NAJASHI SHABAZZ-EL-BEY                                              PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

JANE DOE, et al.                                                                          DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court dismiss Plaintiff's action without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (Doc. # 15).  No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation is **adopted** as the Opinion of the Court, that Plaintiff's action be **dismissed without prejudice** pursuant to Rule 4(m), and that the Clerk of Court be **directed to close this case**.

This 8th day of January, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Cov16\16-137 Order Adopting R&R.wpd